# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: Subpoenas served on Nonparty Microtrace , LLC dated January 15, 2020 | ) ) ) | Civil Misc. No. 2020-mc-_____(___-___) |
| | ) ) | |
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE ANTITRUST LITIGATION | ) ) ) ) | ***PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK – MULTIDISTRICT PROCEEDING NO. 14-MD-02542-VSB-SLC*** |
| (This document relates to all actions.) | ) ) ) ) | |

## MICROTRACE, LLC'S MOTION TO QUASH SUBPOENAS AND STAY DEPOSITION

Nonparty Microtrace, LLC, a Minnesota limited liability company ("Microtrace"), moves this Court for an order, pursuant to Rules 26, 30(b), and 45(d)(3) of the Federal Rules of Civil Procedure, quashing the Subpoenas issued January 15, 2020, to Microtrace by Keurig Green Mountain, Inc., named as defendant in the above-referenced MDL litigation ("Keurig"). As further relief, Microtrace requests that this Court stay document production from Microtrace under the Subpoenas and stay any deposition(s) in the MDL until a final, non-appealable court ruling as to whether and to what extent the Keurig Subpoenas should be quashed or modified. This Motion is based on the Memorandum of Law, Declarations, Exhibits and all supporting papers filed in accordance with Local Rule 7.1 and the arguments of counsel, together with all of the files, records and proceedings to date.

Dated: February 26, 2020          /s/ Kevin D. Conneely
                                  Kevin D. Conneely (MN #0192703)
                                  STINSON LLP
                                  50 South Sixth Street, Suite 2600
                                  Minneapolis, Minnesota  55402
                                  Telephone:  (612) 335-1500
                                  Kevin.conneely@stinson.com

                                  **ATTORNEYS FOR MOVANT**
                                  **MICROTRACE, LLC**

CORE/3001512.0002/157770285.1